ACCEPTED
03-15-00118-CV
5276893
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/14/2015 7:10:30 AM
JEFFREY D. KYLE
CLERK

No. 03-15-00118-CV

_____

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/14/2015 7:10:30 AM
JEFFREY D. KYLE
Clerk

_____

**TEXAS QUARTER HORSE ASSOCIATION; TEXAS THOROUGHBRED ASSOCIATION; TEXAS HORSEMEN'S PARTNERSHIP; GILLESPIE COUNTY FAIR AND FESTIVALS ASSOCIATION, INC.; GLOBAL GAMING LSP, LLC d/b/a LONE STAR PARK AT GRAND PRAIRIE; and SAM HOUSTON RACE PARK, LLC,**

*Appellants*

*v.*

**AMERICAN LEGION DEPARTMENT OF TEXAS, TEMPLE POST 133; KICKAPOO TRADITIONAL TRIBE OF TEXAS; THOMPSON ALLSTATE BINGO SUPPLY, INC.; and MOORE SUPPLIES, INC.,**

*Appellees*

_____

### *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO APPELLEES' MOTION TO DISMISS

_____

Pursuant to Tex. R. App. P. 10.1 and 10.5(b), Appellants herein, file this *unopposed* motion for a 30-day extension of time in which to file their response to Appellees' motion to dismiss.

Appellants ask this Court to extend the deadline for filing their response to Appellees' motion to dismiss from May 18, 2015, through and until June 17, 2015. In support of this requested extension, Appellants would show the following:

1

1.   The current deadline for filing Appellants' response to Appellees' motion to dismiss is May 18, 2015.

2.  Appellants request a 30-day extension of time in which to file their response to Appellees' motion to dismiss because Appellees' motion raises new issues that previously have not been argued in this case.  Additionally, time is needed to coordinate among the multiple Appellants and their counsel.

3.  Appellants respectfully ask that their request for a 30-day extension be granted so they will have sufficient time to prepare a response to Appellees' motion to dismiss that is comprehensive, concise, and useful to this Court's consideration.

4.   This is Appellants' first request for an extension to file their response to Appellees' motion to dismiss.

5.  Appellees do not oppose the granting of the motion for extension.

WHEREFORE, Appellants pray that this Court grant their unopposed motion for an extension of time in which to file their response to Appellees' motion to dismiss and extend the deadline for filing the response from May 18, 2015, through and until June 17, 2015.  Appellants also request such other and further relief to which they may be entitled.

DATED:     May 14, 2015

Respectfully submitted,

By: /s/ J. Bruce Bennett
        J. Bruce Bennett

Martha S. Dickie,
    State Bar No. 00000081
Boone Almanza
    State Bar No. 01579001
ALMANZA, BLACKBURN & DICKIE, LLP
2301 South Capital of Texas Highway,
Building H
Austin, Texas 78746
Tel:  (512) 478-9486
Fax:  (512) 478-7151
*mdickie@abdlawfirm.com*
*balmanza@abdlawfirm.com*

COUNSEL FOR APPELLANT GILLESPIE
COUNTY FAIR AND FESTIVALS
ASSOCIATION, INC.


James C. Ho
    State Bar No. 24052766
Bradley G. Hubbard
    State Bar No. 24090174
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, Texas 75201
Tel:  (214) 698-3100
Fax:  (214) 571-2934
*jho@gibsondunn.com*
*bhubbard@gibsondunn.com*

COUNSEL FOR APPELLANT SAM
HOUSTON RACE PARK, LLC

J. Bruce Bennett
    State Bar No. 02145500
John A. Cardwell
    State Bar No. 03791200
CARDWELL, HART & BENNETT, LLP
807 Brazos, Suite 1001
Austin, Texas 78701
Tel:  (512) 322-0011
Fax:  (512) 322-0808
*cardwell53@earthlink.net*
*jbb.chblaw@me.com*

  --and--

Dudley D. McCalla
    State Bar No. 13354000
JACKSON WALKER, LLP
100 Congress Avenue Ste 1100
Austin, Texas 78701-0000
Tel:  (512) 236-2071
Fax:  (512) 236-2002
*dmccalla@jw.com*

COUNSEL FOR APPELLANT GLOBAL GAMING
LSP, LLC D/B/A LONE STAR PARK AT
GRAND PRAIRIE


Robert G. Hargrove
    State Bar No. 24032391
Ana Maria Marsland Griffith
    State Bar No. 13049300
OSBORN, GRIFFITH & HARGROVE
515 Congress Ave., Suite 2450

Austin, Texas 78701
Tel:  (512) 476-3529
Fax:  (512) 476-8310
*rob@texasenergylaw.com*
*anamaria@texasenergylaw.com*

COUNSEL FOR APPELLANTS TEXAS
QUARTER HORSE ASSOCIATION, TEXAS
THOROUGHBRED ASSOCIATION, AND TEXAS
HORSEMEN'S PARTNERSHIP

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with Mr. Raymond White, counsel for Appellees, regarding this Motion.  Appellees do not oppose the granting of the relief sought.

/s/ J. Bruce Bennett
J. Bruce Bennett

## CERTIFICATE OF SERVICE

I certify that a true copy of foregoing Motion was served via electronic means on all counsel of record in this case on this 14th day of May 2015:

/s/ J. Bruce Bennett
J. Bruce Bennett

4